**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAD TARRELL CONWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　Respondent. | NO. CV 00-7350 VAP (FMO)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

　　　　1.　　Judgment shall be entered granting the Petition as to Ground One.

　　　　2.　　Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within 90 days of the filing date of this Order.

　　　　3.　　The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: October 31, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE