# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD TARRELL CONWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　Respondent. | NO. CV 00-7350 VAP (FMO)<br><br><br>**JUDGMENT** |

　　IT IS ADJUDGED that Ground One of the Petition is granted. Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within 90 days of the filing date of this Order

DATED: October 31, 2008.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE